UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:09-cr-508-T-33EAJ

ERIC J. SCOTT and GRETCHEN
SCOTT
_____/

## ORDER

This matter is before the Court pursuant to Defendants' motion in limine to exclude evidence regarding Wachovia Mortgage Corporation (Doc. # 37), which was filed on April 6, 2010. The Government filed a response in opposition to the motion in limine on April 20, 2010. (Doc. # 49).

The Government filed a superseding indictment against Defendants on April 15, 2010, which does not refer to Wachovia Mortgage Corporation as a lender. (Doc. # 41). The Government submits in its response to the motion in limine that this matter has been rendered moot and this Court agrees. Thus, upon due consideration, the Court determines that the motion in limine is due to be denied as moot.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED**:

Defendants' motion in limine to exclude evidence regarding Wachovia Mortgage Corporation (Doc. # 37) is **DENIED AS MOOT.**

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>20th</u> day of April 2010.

```
                              _____
                              VIRGINIA M. HERNANDEZ COVINGTON
                              UNITED STATES DISTRICT JUDGE
```

Copies:  All Counsel of Record