UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:09-cr-508-T-33EAJ

ERIC J. SCOTT and GRETCHEN
SCOTT
_____/

**ORDER**

This matter is before the Court pursuant to Defendants' motion in limine to prohibit the introduction of any evidence of a fraudulent Section Eight HUD Agreement (Doc. # 39), which was filed on April 8, 2010. The Government filed a response in opposition to the motion in limine on April 20, 2010. (Doc. # 48).

The Court denies the motion in limine as moot. The Government filed a superseding indictment against Defendants on April 15, 2010. (Doc. # 41). The Government submits in its response to the motion in limine that "the superseding indictment returned by the grand jury on April 15, 2010, does not allege the extra payments demanded of Simone Smith were fraudulent nor will the Government proceed on that theory at trial." (Doc. # 48 at 1).

Thus, the Court determines that the motion in limine is due to be denied as moot.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED**:

Defendants' motion in limine to prohibit the introduction of any evidence of a fraudulent Section Eight HUD Agreement (Doc. # 39) is **DENIED AS MOOT.**

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 20th day of April 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record