UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                  Case No.: 8:09-cr-508-VMC-AAS

ERIC J. SCOTT,
    Defendant,

    and

FAULHABER MICROMO LLC,
    Garnishee.

_____/

**ORDER FOR WRIT OF GARNISHMENT**

    This matter comes before the Court pursuant to the United States' Application for Writ of Garnishment to Garnishee, Faulhaber Micromo, LLC, and its successors, affiliates, and/or assigns, for substantial nonexempt property belonging to or due to Defendant, Eric J. Scott. (Doc. # 220). After consideration, the Court finds the application meets the requirements of 18 U.S.C. § 3613 and 28 U.S.C. § 3205 and grants the application. Accordingly, the Clerk of Court is directed to issue a Writ of Garnishment and Clerk's Notice of Garnishment.

    Pursuant to 28 U.S.C. § 3205(c)(3), the United States shall serve the Garnishee with a copy of the Writ of

1

Garnishment, Clerk's Notice of Garnishment, and Answer Form with instructions for compliance. The United States shall also serve the Defendant with Application, Writ of Garnishment, Clerk's Notice of Garnishment, and Answer Form with instructions for compliance, pursuant to 28 U.S.C. §§ 3202(c) and 3205(c)(3).

The United States Marshals Service is directed to serve the Defendant with the Writ of Garnishment and related documents outlined in § 3205(c)(3).

Counsel for the United States shall certify that each person whom the United States has reasonable cause to believe has an interest in the property subject to the Writ of Garnishment has been served at least 20 days before filing a motion for a disposition order under 28 U.S.C. § 3205(c)(7).

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

The United States' application for writ of garnishment (Doc. # 220) is **GRANTED.**

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 15th day of January, 2026.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE